### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

PATRICK RICE                                                                                                         PLAINTIFF

v.                                              3:16CV00299-JLH

MIKE KINDALL                                                                                                    DEFENDANT

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

SO ORDERED this 8th day of March, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE